IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>NewPage Corporation, *et al.*,[1]<br><br>　　　　　　　　　Reorganized Debtors. | Case No. 11-12804 (KG)<br>(Jointly Administered)<br><br>Chapter 11 |
| Pirinate Consulting Group LLC, as Litigation Trustee of the NP Creditor Litigation Trust,<br><br>　　　　　　　　　Plaintiff,<br><br>vs.<br><br>Exxon Mobil Corporation,<br><br>　　　　　　　　　Defendant. | Adv. No. 13-51426 (KG) |

## STIPULATION OF VOLUNTARY DISMISSAL OF ADVERSARY PROCEEDING

IT IS HEREBY stipulated and agreed pursuant to Rule 41 (a) (1) of the Federal Rules of Civil Procedure, which is incorporated by reference into Rule 7041 of the Federal Rules of Bankruptcy Procedure, by the above-captioned plaintiff and above-captioned defendant, by and through their respective counsel, that the above captioned adversary proceeding to avoid and recover preferences be dismissed. An answer has been filed.

---

[1] The "Reorganized Debtors" in these Chapter 11 cases and, prior to the Effective Date (as defined below), the "Debtors," along with the last four digits of each Reorganized Debtor's federal tax identification number, as applicable, are: Chillicothe Paper Inc. (6154), Escanaba Paper Company (5598), Luke Paper Company (6265), NewPage Canadian Sales LLC (5384), NewPage Consolidated Papers Inc. (8330), NewPage Corporation (6156), NewPage Energy Services LLC (1838), NewPage Group Inc. (2465), NewPage Holding Corporation (6158), NewPage Port Hawkesbury Holding LLC (8330), NewPage Wisconsin System Inc. (3332), Rumford Paper Company (0427), Upland Resources, Inc. (2996), and Wickliffe Paper Company LLC (8293). The Reorganized Debtors' corporate headquarters is located at 8540 Gander Creek Drive, Miamisburg, OH 45342.

| | |
|---|---|
| Dated: January 8, 2014 | THE ROSNER LAW GROUP LLC |
| Delaware Counsel | /s/ Julia B. Klein<br>Frederick B. Rosner (DE 3995)<br>Scott J. Leonhardt (DE 4885)<br>Julia B. Klein (DE 5198)<br>824 Market Street, Suite 810<br>Wilmington, DE 19801<br>Telephone: (302) 777-1111<br>E-Mail: rosner@teamrosner.com<br>E-Mail: leonhardt@teamrosner.com<br>E-Mail: klein@teamrosner.com |
| | and |
| Primary Counsel<br>(Please Contact Primary Counsel) | Joseph L. Steinfeld, Jr., Esq., MN SBN 0266292<br>Gary D. Underdahl, Esq., MN SBN 0301693<br>ASK LLP<br>2600 Eagan Woods Drive, Suite 400<br>Saint Paul, MN 55121<br>Telephone: (651) 406-9665  Fax: (651) 406-9676<br>E-Mail: gunderdahl@askllp.com |
| | and |
| | Edward E. Neiger, Esq.<br>Brigette G. McGrath, Esq.<br>ASK LLP<br>151 West 46th Street, 4th Floor<br>New York, NY 10036<br>Telephone: (212) 267-7342  Fax: (212) 918-3427 |
| | *Attorneys for Plaintiff, Pirinate Consulting Group LLC, Litigation Trustee of the NP Creditor Litigation Trust* |
| Dated: January 8, 2014 | FARNAN LLP |
| By: | /s/ Brian Farnan<br>Brian Farnan, Esq.<br>919 North Market Street, 12th Floor<br>Wilmington, DE 19801 |
| | *Attorney for Defendant, Exxon Mobil Corporation* |